FILED
CLERK, U.S. DISTRICT COURT

JUL 2 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

Priority      ✓
Send          ✓
Enter         ✓
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| DAYTON LEE QUINN,<br><br>       Petitioner,<br><br>  v.<br><br>RICHARD KIRKLAND,<br><br>       Respondent. | No. CV 05-06939-DOC (VBK)<br><br>ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE PETITION FOR WRIT OF HABEAS CORPUS |

Pursuant to 28 U.S.C. §636, the Court has made a de novo review of the Petition for Writ of Habeas Corpus ("Petition"), Respondent's Answer to Petition, Petitioner's Traverse, Respondent's Supplemental Answer, Petitioner's Supplemental Traverse, Petitioner's Motion to Amend the Petition, Respondent's Opposition, Petitioner's Reply to Respondent's Opposition, Memorandum and Order Denying Petitioner's Motion to Amend the Petition and Request for a Stay of the United States Magistrate Judge, all of the records herein and the Report and Recommendation of the United States Magistrate Judge ("Report").

//

//

//

**IT IS ORDERED** that: (1) the Court accepts and adopts the Report and Recommendation, and (2) Judgment be entered denying and dismissing the Petition with prejudice.

DATED: _July 23, 2008_

_David O Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE