# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DAYTON LEE QUINN, | No. CV 05-06939-DOC (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| RICHARD KIRKLAND, | |
| Respondent. | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is denied and dismissed with prejudice.

DATED: July 23, 2008

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE